Order issued December /8 , 2012

005303



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01172-CV

**IZZY ASHKENAZY, ET AL., Appellants**

**V.**

**WELLS FARGO, N.A., Appellee**

## ORDER

We **GRANT** appellants' December 13, 2012 motion for an extension of time to file a brief.

Appellants shall file their brief on or before January 17, 2013.

DOUGLAS S. LANG
JUSTICE